UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORI LYNN ESPOSITE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 2:09-cv-01142-WMA-HGD |
| ) | |
| BIRMINGHAM WORK RELEASE ) | |
| and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**O R D E R**

On June 23, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is DENIED as time-barred with respect to any claims challenging the

underlying criminal conviction.  It is further ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE with respect to any claims regarding petitioner's parole hearing to allow petitioner to pursue available state remedies.

DONE this 13th day of August, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE